

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

No. 04-11-00156-CR

Juan E. **GUERRA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR13014
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Appellant's appeal from his conviction was dismissed by this court on May 4, 2011, because the trial court's certification of his right to appeal stated "this is a plea-bargain case, and defendant has NO right of appeal." Our mandate issued on July 5, 2011. On April 9, 2014, appellant filed a "Motion for Intra Loan Statement of Facts and Transcription," in which appellant asks this court to forward him a copy of the record for the purpose of filing a petition for writ of habeas corpus.

An indigent defendant ordinarily is not entitled to a free copy of his trial transcript for purposes of filing a postconviction habeas application. *In re Strickhausen*, 994 S.W.2d 936, 937 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). A free record is available for that purpose only if the defendant shows the habeas corpus application is not frivolous and there is a specific need for the trial records that are sought. *In re Coronado*, 980 S.W.2d 691, 693 (Tex. App.—San Antonio 1998, orig. proceeding). Appellant has not made any such showing here, especially in view of the trial court's certification that he had no right to appeal. Therefore, appellant's request is DENIED.

It is so **ORDERED** on the 14th day of April, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court